UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HARRIS,<br><br>        Petitioner,<br><br>   v.<br><br>JEROME PRICE,<br><br>        Respondent. | No.  2:15-cv-1353 AC P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      The application attacks a conviction issued by the Santa Clara County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: June 29, 2015

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE