UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HARRIS, | No. C-15-3100 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| JEROME PRICE, Warden, | |
| Respondent. | |

Petitioner, currently incarcerated at the Deuel Vocational Institution, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2001 conviction from the Santa Clara County Superior Court. The petition is not his first federal habeas petition concerning that 2001 conviction. His first habeas petition in *Harris v. Kirkland*, No. C 05-2922 MHP, was dismissed as untimely on September 28, 2006. The district court denied a certificate of appealability on November 3, 2006, and the Ninth Circuit denied a certificate of appealability in April 2007.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Section 2244 applies when the previous petition was dismissed as barred by the statute of limitations which constitutes a disposition on the merits. *McNabb v. Yates*, 576 F.3d 1028, 1029 (9th Cir. 2009).

Petitioner has not obtained an order from the Ninth Circuit permitting the filing of a second or successive petition. This Court will not entertain a new petition from Petitioner until he first obtains permission from the Ninth Circuit to file such a petition. This action is **DISMISSED**

without prejudice to Petitioner filing a petition in this court after he obtains the necessary order from the Ninth Circuit.

If Petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95 Seventh Street, San Francisco, CA  94103).  A copy of the form application is enclosed with this order for his convenience.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 18, 2015

_____
EDWARD M. CHEN
United States District Judge

2